JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIS PURDUE, | Case No. CV 12-3959-RGK (SP) |
| Petitioner, | |
| v. | **JUDGMENT** |
| UNKNOWN, | |
| Respondent. | |

Pursuant to the Memorandum and Order Denying Extension Request and Summarily Dismissing Action,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: MAY 16 2012

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE